B 3A (Official Form 3A) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

In re  Juanita Lashawn Gunn                           ,                Case No.  13bk36647
　　　　　　　　Debtor

Chapter  7

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☒ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ 76.50   Check one  ☐ With the filing of the petition, or
                     ☒ On or before  Thursday October 17, 2013
$ 76.50   on or before  Friday November 15, 2013
$ 76.50   on or before  Monday December 16, 2013
$ 76.50   on or before  Wednesday January 15, 2014

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: OCT 07 2013

_____
United States Bankruptcy Judge